UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY PATRICK HIGLE,

Defendant.

_____/

Case No. 25-cr-20167

Hon. Linda V. Parker

FILED
APR - 8 2026
CLERK'S OFFICE
DETROIT

## WAIVER OF INDICTMENT

I, TIMOTHY PATRICK HIGLE, the defendant in this case, understand that I am being charged with the following felonies: Sexual Exploitation of a Child, 18 U.S.C. § 2251(a) (Counts 1 to 7); Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) (Count 8); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) (Count 9). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
TIMOTHY PATRICK HIGLE
Defendant
Dated: 4/9/26

_____
MARGARET S. RABEN
Counsel for Defendant