

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,               Case No. 25-cr-20167

v.

                                     Hon. Linda V. Parker

TIMOTHY PATRICK HIGLE,

                    Defendant.

                                                  F I L E D

                                                  APR - 8 2026

                                                      CLERK'S OFFICE
                                                        DETROIT

## <u>ACKNOWLEDGMENT OF FIRST SUPERSEDING INFORMATION</u>

I, Timothy Patrick Higle, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Information before entering my plea and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 1 to 7**: Sexual Exploitation of a Child, 18 U.S.C. § 2251(a) & (e). A minimum of 15 years and up to 30 years imprisonment, followed by a term of supervised release of at least 5 years and up to life, and a fine of up to $250,000.

**Count 8**: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2). A minimum of 5 years and up to 20 years imprisonment, followed by a term of supervised release of at least 5 years and up to life, and a fine of up to $250,000.

**Count 9**: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) & (b)(2). Up to 10 years imprisonment, followed by a term of supervised release of at least 5 years and a fine of up to $250,000.

Dated: 4/8/26

TIMOTHY PATRICK HIGLE
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 4/8/26

MARGARET S. RABEN
Counsel for Defendant