**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA
PLAINTIFF,**

**vs.**

**TIMOTHY PATRICK HIGLE
DEFENDANT.**

**CASE #:      25-20167**

**HON. LINDA V. PARKER**

| | |
|---|---|
| Cassandra M. Reposo (IL 6302830) | Margaret Sind Raben (P39243) |
| US Attorney's Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9736 | (313) 628-4708 |
| Email: Cassandra.Resposo@usdoj.gov | Email: msraben@aol.com |

**MOTION TO SEAL SENTENCING MEMORANDUM**

Counsel for Defendant Timothy Patrick Higle requests permission to file his

Sentencing Memorandum under Seal. Defendant's Sentencing Memorandum will

contain confidential personal information that should not be on the public docket.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By:   s/Margaret Sind Raben
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com

Date: August 3, 2026          Attorney Bar Number: P39243

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Margaret Sind Raben  (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
email: msraben@aol.com