**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
**PLAINTIFF,**

**VS.**

**TIMOTHY PATRICK HIGLE**
**DEFENDANT.**

**CASE #: 25-20167**

**HON. LINDA V. PARKER**

Cassandra M. Reposo (IL 6302830)
US Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9736
Email: Cassandra.Resposo@usdoj.gov

Margaret Sind Raben (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com

# NOTICE OF APPEAL

Defendant Timothy Patrick Higle hereby enters his Notice of Appeal from his sentence and Judgment (ECF 45) entered on September 8, 2026.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By: s/Margaret Sind Raben
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
Email: msraben@aol.com
Attorney Bar Number: P39243

Date: September 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Margaret Sind Raben (P39243)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4708
email: msraben@aol.com