UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),

v.

Case No. 2:25−cr−20167−LVP−APP
Hon. Linda V. Parker

Timothy Patrick Higle,

Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202−3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on September 18, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ C Cantin
Deputy Clerk

Dated: September 18, 2026