Case No. 26-1841

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIMOTHY PATRICK HIGLE

Defendant - Appellant

Upon consideration of the motion of Margaret Sind Raben to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: September 25, 2026

Kelly L. Stephens

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/25/2026.

**Case Name:** USA v. Timothy Higle
**Case Number:** 26-1841

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7596870-2] filed by Ms. Margaret Sind Raben. New CJA counsel will be appointed for the appellant under the Criminal Justice Act.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Timothy Patrick Higle
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Sean Lynden King
Ms. Margaret Sind Raben